UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRIAN BAGLEY,

                                        Plaintiff,

                                                                        9:20-CV-0683
                v.                                                      (BKS/DJS)

C.O. GARY SLATTERY, *et al.*,

                                        Defendants.
_____

APPEARANCES:                            OF COUNSEL:

BOND, SCHOENECK & KING                  GEORGE H. LOWE, ESQ.
Attorneys for Plaintiff                 HANNAH K. REDMOND, ESQ.
One Lincoln Center
110 West Fayette Street
Syracuse, New York 13202

HON. LETITIA JAMES                      LELA M. GRAY, ESQ.
New York State Attorney General         Assistant Attorneys General
Attorneys for Defendants Slattery
and Quain
The Capitol
Albany, New York 12224

DANIEL J. STEWART
United States Magistrate Judge

## ORDER

        As part of the Court's previous directive, *see* Dkt. No. 119, Counsel for Defendants

were instructed to provide to Chambers the personnel files for Defendants Gary Slattery

and Justin Quain. Those personnel files were submitted to the Court. The *in camera*

review of those personnel files is now complete. With regard to the personnel file for

Gary Slattery, the review did not disclose any information that required disclosure. With

regard to the Justin Quain personnel file, however, the Court directs that the following pages be provided to the Plaintiff's counsel:  Bates ## Quain 053-088; 166-219; 256-257; 266-267; and 271-272.

The Court therefore directs that the Counsel for the Defendants immediately retrieve from the Court's Courtroom Deputy, Sandra Light, the two personnel files referenced above, and to provide to Plaintiff's counsel the relevant pages set forth above.

Finally, and in accordance with this Court's January 14, 2025, Text Order, the deadline for discovery is extended one final time to May 12, 2025, and the deadline to submit dispositive motions is likewise extended until June 13, 2025.

**IT IS SO ORDERED.**

Dated:   March 12, 2025
        Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge